PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| ROBERT J. ZIELINSKI, | ) | |
| | ) | CASE NO.  4:19-CV-2428 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ANDREW M. SAUL, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendant. | ) | **AND ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Robert J. Zielinski's application for disability insurance benefits ("DIB") after a hearing in the above-captioned case.  That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision.  The Claimant sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge James R. Knepp, II, for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).  On September 15, 2020, the Magistrate Judge submitted a Report and Recommendation (ECF No. 18) recommending that the Court affirm the Commissioner's decision.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.  On September 28, 2020, Plaintiff filed a Response to the Report and Recommendation (ECF No. 19), stating that Plaintiff will not be filing objections.

(4:19-CV-2428)

Furthermore, the Commissioner has not filed any objections, evidencing satisfaction with the

Magistrate Judge's recommendations.  Any further review by this Court would be a duplicative

and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir.

1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d

505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

  Accordingly, the Report and Recommendation of the Magistrate Judge is hereby adopted.

The decision of the Commissioner of Social Security is affirmed.  Judgment will be entered in

favor of Defendant.


   IT IS SO ORDERED.


  February 8, 2021       */s/ Benita Y. Pearson*
Date            Benita Y. Pearson
             United States District Judge